**Electronically Filed
Intermediate Court of Appeals
28977
30-MAR-2011
08:42 AM**

NO. 28977

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


BONNIE MACLEOD KAKINAMI, Plaintiff-Appellee, v.
AARON K.H. KAKINAMI, Defendant-Appellant


APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 06-1-0040)


ORDER OF CORRECTION
(By:  Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order
of the court, filed on February 28, 2011, is hereby corrected as
follows:

1.   At page 1, in the last line of the caption, to
change the court name "Circuit" to "Family" so that the caption
reads as follows:

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 06-1-0040)

DATED:  Honolulu, Hawaiʻi, March 30, 2011.

FOR THE COURT:

Associate Judge

_____

[1] Nakamura, Chief Judge, Leonard and Ginoza, JJ.